**No. 09-1069 (R46-032). AstraZeneca Pharmaceuticals LP, Petitioner v. Blue Cross Blue Shield of Massachusetts, et al.**

561 U.S. 1056, 131 S. Ct. 60, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5762.

September 28, 2010. The petition for writ of certiorari to the United States Court of Appeals for the First Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 582 F.3d 156.

**No. 09-571. Harry F. Connick, District Attorney, et al., Petitioners v. John Thompson.**

561 U.S. 1056, 131 S. Ct. 64, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5761.

September 28, 2010.Motion of Former Federal Civil Rights Officials and Prosecutors for leave to participate in oral argument as amici curiae and for divided argument denied.

**No. 09-834. Kevin Kasten, Petitioner v. Saint-Gobain Performance Plastics Corporation.**

561 U.S. 1057, 131 S. Ct. 64, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5756.

September 28, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 09-907. Jason M. Ransom, Petitioner v. FIA Card Services, N.A., fka MBNA, America Bank, N.A.**

561 U.S. 1057, 131 S. Ct. 64, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5748.

September 28, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 09-9000. Henry W. Skinner, Petitioner v. Lynn Switzer, District Attorney for the 31st Judicial District of Texas.**

561 U.S. 1057, 131 S. Ct. 64, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5744.

September 28, 2010. Motion of petitioner for appointment of counsel granted. Robert C. Owen, Esquire, of Austin, Texas, is appointed to serve as counsel for the petitioner in this case.

**No. 09-1205. Keith Smith, et al., Petitioners v. Bayer Corporation.**

561 U.S. 1057, 131 S. Ct. 61, 177 L. Ed. 2d 1150, 2010 U.S. LEXIS 5755.

September 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit granted.

Same case below, 593 F.3d 716.